AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:13-cr-00328-LJO-BAM   Document 62   Filed 01/14/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
| v. | ) |
| LUIS BARTOLO MADRIZ-SANDOVAL | ) Case No: 1:13CR00328-001 LJO |
| | ) USM No: 70515-097 |
| Date of Original Judgment: 12/22/2014 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/11/2016                           /s/ Lawrence J. O'Neill
                                                  *Judge's signature*

Effective Date:                                   Honorable Lawrence J. O'Neill, U.S. District Judge
*(if different from order date)*                  *Printed name and title*